**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HOF GRANTOR TRUST 1** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **WASHINGTON DEVELOPMENT LLC** | : | **NO. 26-3229** |

**ORDER**

**NOW**, this 17th day of September, 2026, upon consideration of plaintiff HOF Grantor Trust's Railroad Motion for Service Pursuant to Special Order of Court (Doc. No. 5), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the plaintiff shall serve the defendant Washington Development LLC through: (1) regular mail and certified mail to defendant's last known addresses; and (2) by posting on the most public part of the property located at 5308 N. Broad Street, Philadelphia, PA 19141.

TIMOTHY J. SAVAGE, J.